DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFONSO CASICA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3192

[April 18, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 05-13476CF10A.

Joseph R. Chloupek, Orlando, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN, and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***